| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | JAMES P. DIWIK  Bar No. 164016 |
| 2 | MARY CREER RICHARDSON  Bar No. 208586 |
| | One Embarcadero Center, 16th Floor |
| 3 | San Francisco, CA 94111-3628 |
| | Telephone: (415) 781-7900 |
| 4 | Facsimile: (415) 781-2635 |

Attorneys for Plaintiff
SAFECO INSURANCE COMPANY OF AMERICA

MCKAGUE & TONG, LLP
DARON D. TONG  Bar No. 96220
MICHELE MILLER  Bar No. 213723
250 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 409-5222
Facsimile: (415) 704-0467

Attorneys for Defendants
LORI CHIANG, ROBERT CHIANG AND CHIANG
C.M. CONSTRUCTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | CASE NO. C 04-1977 SC |
| Plaintiff, | **STIPULATION FOR ADR AND CONTINUED CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER** |
| v. | Case Management Conference: Apr. 22, 2005 |
| LORI CHIANG, ROBERT CHIANG, and CHIANG CM CONSTRUCTION COMPANY, INC., | Time:  10:00 a.m. |
| Defendants. | The Honorable Samuel Conti |

Plaintiff Safeco Insurance Company of America and Defendants Lori Chiang, Robert Chiang, and Chiang C.M. Construction Company, Inc. previously stipulated to participate in private mediation to be completed on or before April 30, 2005.  The parties herein jointly request that the parties be given an additional 90-day extension to complete mediation.  The parties request the extension in order to allow the parties to complete discovery in this matter and give

-1-

1  the parties an opportunity to work towards informal resolution of this matter without the need for
2  formal mediation or additional court intervention.
3      The parties also respectfully request that the status conference in this matter scheduled for
4  April 22, 2005 at 10:00 a.m. be continued to allow the parties to complete discovery and
5  mediation.  The parties are permitted to file motions for summary judgment during the time that
6  the case is referred to mediation.

8  DATED: April 11, 2005          SEDGWICK, DETERT, MORAN & ARNOLD LLP

11                  By:/s/ Mary C. Richardson
                    James P. Diwik
12                      Mary Creer Richardson
                    Attorneys for Plaintiff
13                      SAFECO INSURANCE COMPANY OF
                    AMERICA

15  SIGNATURE ATTESTATION:  I, Mary Creer Richardson, counsel for plaintiff Safeco
Insurance Company of America, attest that concurrence in the filing of this document has been
obtained by Michele Miller, Esq., counsel for defendants as set forth above.

17  DATED: April 11, 2005          MCKAGUE AND TONG, LLP

20                  By::/s/ Michele Miller
21                      Daron D. Tong
                    Michele Miller
22                      Attorneys for Defendants
                    LORI CHIANG, ROBERT CHIANG & CHIANG
23                      C.M. CONSTRUCTION

**~~PROPOSED~~ ORDER**

The parties shall complete mediation pursuant to the Stipulation.

The status conference in this matter scheduled for April 22, 2005 at 10:00 a.m. is hereby continued to ___8/19___, 2005. The parties are permitted to file motions for summary judgment during the time that the case is referred to mediation.

It is so ordered.

Dated: ___4/13/05___          ___/s/ Samuel Conti___
                              Hon. Samuel Conti
                              U.S. District Court for the Northern District of California