SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES P. DIWIK  Bar No. 164016
MARY CREER RICHARDSON  Bar No. 208586
One Embarcadero Center, 16th Floor
San Francisco, CA 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
SAFECO INSURANCE COMPANY OF AMERICA

MCKAGUE & TONG, LLP
DARON D. TONG  Bar No. 96220
MICHELE MILLER  Bar No. 213723
250 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 409-5222
Facsimile: (415) 704-0467

Attorneys for Defendants
LORI CHIANG, ROBERT CHIANG AND CHIANG C.M. CONSTRUCTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORI CHIANG, ROBERT CHIANG, and CHIANG C.M. CONSTRUCTION COMPANY, INC.,<br>Defendants. | CASE NO. C 04-1977 SC<br><br>**STIPULATION FOR ADR AND CONTINUED CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER**<br><br>Case Management Conference: August 18, 2005<br>Time:  10:00 a.m.<br>The Honorable Samuel Conti |

Plaintiff Safeco Insurance Company of America and Defendants Lori Chiang, Robert Chiang, and Chiang C.M. Construction Company, Inc. previously stipulated to participate in private mediation.  The parties herein jointly request that the parties be given an additional 90-day extension to complete mediation and further request that the status conference in this matter scheduled for August 18, 2005 at 10:00 a.m. be continued.  The parties request the extension in

-1-

1  order to allow the parties to complete discovery in this matter and give the parties an opportunity
2  to work towards informal resolution of this matter without the need for formal mediation.
3  Further, the requested extension will permit the parties to further investigate and monitor related
4  proceedings pending in the Superior Court for the City and County of San Francisco.  Counsel
5  have met and conferred and agree that discovery of information from the related cases is
6  necessary for determining a portion of the damages sought by Safeco against defendants in this
7  action and for meaningful participation of all parties in formal mediation.    The parties further
8  agree that the parties can be permitted to file motions for summary judgment during the time that
9  the case is referred to mediation.

DATED: August 11, 2005                SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:/s/ Mary C. Richardson
     James P. Diwik
     Mary Creer Richardson
     Attorneys for Plaintiff
     SAFECO INSURANCE COMPANY OF
     AMERICA

SIGNATURE ATTESTATION:  I, Mary Creer Richardson, counsel for plaintiff Safeco Insurance Company of America, attest that concurrence in the filing of this document has been obtained by Michele Miller, Esq., counsel for defendants as set forth above.

DATED: August 11, 2005                MCKAGUE AND TONG, LLP


By::/s/ Michele Miller
     Daron D. Tong
     Michele Miller
     Attorneys for Defendants
     LORI CHIANG, ROBERT CHIANG & CHIANG
     C.M. CONSTRUCTION

**PROPOSED ORDER**

The parties shall complete mediation pursuant to the Stipulation.

The status conference in this matter scheduled for August 18, 2005 at 10:00 a.m. is hereby continued to   Nov.   18, 2005.  The parties are permitted to file motions for summary judgment during the time that the case is referred to mediation.

It is so ordered.

Dated:   8/16/05



_____
U.                          thern District of
Ca
Judge Samuel Conti