UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LORI CHIANG, ROBERT CHIANG, and CHIANG CM CONSTRUCTION COMPANY, INC.,<br><br>      Defendants. | No. C-04-1977-SC<br><br>ORDER RE: DEFENDANTS OBJECTION TO PROPOSED <u>JUDGMENT</u> |

Defendants Objection to the Proposed Judgment has been considered and is hereby DENIED.

IT IS SO ORDERED.

Dated: December 6, 2006

_____
UNITED STATES DISTRICT JUDGE