SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES DIWIK (Bar No. 164016)
JENNIFER R. LUCAS (Bar No. 227505)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORI CHIANG, ROBERT CHIANG, and CHIANG C.M. CONSTRUCTION COMPANY, INC.,<br><br>Defendants. | CASE NO. C 04-1977 SC<br><br>**ORDER TO APPEAR FOR EXAMINATION**<br><br>Date: April 13, 2007<br>Time: 9:30 A.M.<br>Dept: Courttoom B |

To: CHIANG C.M. CONSTRUCTION COMPANY, INC.:

YOU ARE HEREBY ORDERED TO APPEAR personally on April 13, 2007 at __9:30 A.M.__ before a magistrate in Department _B_ of this court, to furnish information
(time)
to aid in enforcement of a money judgment against you, and to bring with you all things set forth in Exhibit A attached hereto.

The address of the court is 4̶0̶0̶ Golden Gate Avenue, San Francisco, CA 94102.

DATED: ___March 16, 2007___

IT IS SO ORDERED
Judge Maria-Elena James
United States Magistrate Judge

-1-
ORDER TO APPEAR FOR EXAMINATION
SF/1391152v1