SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES DIWIK (Bar No. 164016)
JENNIFER R. LUCAS (Bar No. 227505)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California  94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LORI CHIANG, ROBERT CHIANG, and CHIANG C.M. CONSTRUCTION COMPANY, INC., <br><br> Defendants. | CASE NO. C 04-1977 SC <br><br> **ORDER TO APPEAR FOR EXAMINATION** <br><br> Date:  April 13, 2007 <br> Time: <br> Dept: |

To:  LORI CHIANG:

        YOU ARE HEREBY ORDERED TO APPEAR personally on April 13, 2007

at __9:30 A.M.__ before a magistrate in Department _B_ of this court, to furnish information
      (time)

to aid in enforcement of a money judgment against you, and to bring with you all writings set

forth in Exhibit A attached hereto.

        The address of the court is ~~400~~ Golden Gate Avenue, S_____ia 94102.
                                    450 Golden Gate

        DATED: _March 19, 2007_____

IT IS SO ORDERED

Judge Maria-Elena James

United

-1-

SF/1391148v1