```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    JAMES DIWIK (Bar No. 164016)
 2  JENNIFER R. LUCAS (Bar No. 227505)
    One Market Plaza, Steuart Tower, 8th Floor
 3  San Francisco, California 94105
    Telephone: (415) 781-7900
 4  Facsimile: (415) 781-2635

 5  Attorneys for Plaintiff
    SAFECO INSURANCE COMPANY OF AMERICA
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | CASE NO. C 04-1977 SC |
| Plaintiff, | **ORDER TO APPEAR FOR EXAMINATION** |
| v. | Date: April 13, 2007 |
| LORI CHIANG, ROBERT CHIANG, and CHIANG C.M. CONSTRUCTION COMPANY, INC., | Time:<br>Dept: |
| Defendants. | |

To: ROBERT CHIANG:

YOU ARE HEREBY ORDERED TO APPEAR personally on April 13, 2007 at  9:30 A.M.  before a magistrate in Department  B  of this court, to furnish information
(time)
to aid in enforcement of a money judgment against you, and to bring with you all writings set forth in Exhibit A attached hereto.

The address of the court is ~~400~~ 450 Golden Gate Avenue, San Francisco, California 94102.

DATED:  March 19, 2007 

_____
United
IT IS SO ORDERED
Judge Maria-Elena James

-1-
ORDER TO APPEAR FOR EXAMINATION
SF/1391151v1